1        cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HERMAN dba CREATING WELLNESS CHIROPRACTIC CENTER, et al., <br><br> Plaintiff, <br> v. <br><br> YELLOWPAGES.COM, LLC, <br><br> Defendants. | Civil No.10cv0195 JAH (AJB) <br><br> ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On May 24, 2010, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Peter S. Pearlman, Esq., Paul Perkins, Esq., Christopher Collins, Esq., Sabrina Kim, Esq., Hayley Hyman and Cynthia Gibson, on behalf of plaintiff; Richard Valdez, Esq. and Jonathan Blake on behalf of defendant.

Attempts are underway to consolidate this case with the related matter in this court. That is filed as *Prime Equity Holdings, Inc., etc v. Yellow Pages, etc.*, et al., 10cv0798. A low number order is apparently being entered. The defendants appearance is pending in this later matter and motion practice is anticipated. Defendants are seeking to have venue changed to consolidate these matters with *Kowalsky v. YellowPages.com*, now pending in the District of New Jersey. Possible transfer to the Southern District of New York is also at issue.

While these pleading issues are pending, the Court is deferring the setting of the Rule 26 procedures and maintaining the moratorium on discovery. The Court will hold a telephonic Case

1  Management Conference on *July 28, 2010 at 9:00 a.m.* to review the pleading practice and set further
2  dates as appropriate. Plaintiff's counsel will initiate the call at that time.
3      In the meantime, counsel will meet and confer and discuss the informal disclosure of information
4  with regard to the size of the potential nationwide class and the order of magnitude of potential
5  damages. This will assist later settlement discussions, settlement issues, discovery planning and case
6  scheduling.
7      IT IS SO ORDERED.

9  DATED: May 24, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court